UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNIVERSITY LEGAL SERVICES, INC.,** et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>**ST. ELIZABETHS HOSPITAL,** et al.,<br><br>    Defendants. | Civil Action No. 05-585 (TFH/JMF) |

**NOTICE TO PARTIES**

The following scheduling order will issue unless objected to by the close of business on Tuesday, December 13, 2005.

**SCHEDULING ORDER**

This matter was referred to me for full case management.  The parties having come before me for an initial scheduling conference, I issue the following scheduling order.  It is hereby,

**ORDERED** that the parties shall comply will the following directives:

1) Pursuant to the parties' stated agreement, initial disclosures required by Fed. R. Civ. P. 26(a)(1) are waived.

2) The parties shall meet and confer within the next thirty days to discuss electronic discovery and then call the court to schedule a status conference to discuss this matter.

3) Each party is limited to a maximum of thirty depositions, twenty-five interrogatories,

and thirty document requests.

4) All non-expert discovery shall be completed by September 1, 2006.

5) Plaintiff is to make the disclosures required by Fed R. Civ. P. 26(a)(2) as to any expert who plans on testifying no later than September 1, 2006. Defendant shall provide the identity of any expert witness and all such disclosures required by the same rule no later than October 2, 2006. A thirty day period of expert discovery shall follow, to be concluded by November 2, 2006.

The parties should be aware that all pleadings should contain my initials on the right hand portion of the caption. Additionally, any motions that do not comply with Local Rule 7.1(c) or (m) shall be immediately stricken. Finally, counsel shall confer in good faith in an effort to resolve any discovery disputes before bringing the dispute to the Court. <u>If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers before filing any discovery motions</u>. Counsel shall not file a discovery motion without following the procedures set forth in this paragraph. If the Court is called upon to resolve a discovery dispute and the Court determines that good faith efforts could have resulted in a resolution of the matter without Court intervention, the Court may consider sanctions pursuant to Fed. R. Civ. P. 37.

Dates in this Order are firm and may only be altered by the Court under compelling circumstances.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated:

Dated: